```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  R. STEVEN LAPHAM
    KENNETH J. MELIKIAN
 3  PHILIP A. FERRARI
    Assistant U.S. Attorneys
 4  501 I St., Room 10-100
    Sacramento, California  95814
 5  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR NO. S-03-042 FCD DAD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| SHANGO JAJA GREER, et al., | ) | |
| | ) | |
| Defendant. | ) | |

It is hereby stipulated by and between the parties that the hearing on the motions for a Bill of Particulars filed by defendants Greer and Gonzalez, currently set for June 20, 2005, be reset for July 25, 2005.

/ / /

/ / /

/ / /

/ / /

/ / /

1

The reason for the above-referenced rescheduling is that the parties are currently engaged in negotiations and wish to give those efforts their complete attention.

DATED: June 8, 2005          /s/ Philip Ferrari for
                             PETE KMETO, ESQ.
                             Attny. for Shango Greer

DATED: June 8, 2005          /s/ Philip Ferrari for
                             JOHN PHILLIPSBORN, ESQ.
                             Attny. for Oscar Gonzales

DATED: June 8, 2005          /s/ Philip Ferrari for
                             FRED DAWSON, ESQ.
                             Attny. for Elliott Cole

DATED: June 8, 2005          /s/ Philip Ferrari for
                             JESSE RIVERA, ESQ.
                             Attny. for Charles White

DATED: June 8, 2005          /s/ Philip Ferrari for
                             BOB PETERS, ESQ.
                             Attny. for Jason Walker

DATED: June 8, 2005          /s/ Philip Ferrari for
                             KATHERINE KOHLMAN-DRULINER, ESQ.
                             Attny. for Louis Walker

DATED: June 8, 2005          McGREGOR W. SCOTT
                             United States Attorney

                        By:  /s/ Philip Ferrari
                             PHILIP A. FERRARI
                             Assistant U.S. Attorney

**IT IS SO ORDERED**.

DATED: June 8, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/greer0042.stipord

2