```
1  McGREGOR W. SCOTT
   United States Attorney
2  R. STEVEN LAPHAM
   KENNETH J. MELIKIAN
3  PHILIP A. FERRARI
   Assistant U.S. Attorneys
4  501 I St., Room 10-100
   Sacramento, California  95814
5  Telephone: (916) 554-2700
6
7
8
9
10             IN THE UNITED STATES DISTRICT COURT
11             FOR THE EASTERN DISTRICT OF CALIFORNIA
12
13 UNITED STATES OF AMERICA,    )
                                )  CR NO. S-03-042 FCD DAD
14             Plaintiff,       )
                                )
15        v.                    )  STIPULATION AND ORDER
                                )
16 SHANGO JAJA GREER, et al.,   )
                                )
17             Defendant.       )
   _____)
18
```

19    It is hereby stipulated by and between the parties that the
20 hearing on the motions for a Bill of Particulars filed by
21 defendants Greer and Gonzalez, currently set for July 25, 2005, be
22 reset for August 19, 2005, at 11:30 a.m.
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

The reason for the above-referenced rescheduling is that a separate hearing has already been set in front of the District Court at 2 p.m. on August 19 concerning other motions.

DATED: July 21, 2005          /s/ Philip Ferrari for
                              PETE KMETO, ESQ.
                              Attny. for Shango Greer

DATED: July 21, 2005          /s/ Philip Ferrari for
                              JOHN PHILLIPSBORN, ESQ.
                              Attny. for Oscar Gonzales

DATED: July 21, 2005          McGREGOR W. SCOTT
                              United States Attorney

                        By:   /s/ Philip Ferrari
                              PHILIP A. FERRARI
                              Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: July 22, 2005.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders/criminal/greer0042.stip&ord

2