McGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
PHILIP A. FERRARI
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-03-042 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION; ORDER |
| | ) | |
| SHANGO JAJA GREER, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

   Defendant Shango Jaja Greer, through Peter Kmeto, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the hearing on the defendant's motion to dismiss scheduled for August 19, 2005.  And, Defendant Oscar Gonzales, through John T. Philipsborn, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the hearing on the defendant's motions to dismiss scheduled for August 19, 2005.  The parties further stipulate that said hearings be placed on the court's September 19, 2005, calendar at 9:30 a.m.  Co-defendants who have joined these motions have agreed to these continuances through their counsel.

Regarding defendant Shango Jaja Greer, the continuance is being requested because the defendant's counsel will be unable to attend the hearing currently scheduled for August 19th.  Regarding defendant Oscar Gonzales, the continuance is being requested because the defendant and the government have been involved in very serious plea negotiations, and would like to continue to concentrate on these negotiations without the distraction that would be caused by these motions.

It is agreed that the government will file any opposition to defendant Gonzales' motions to dismiss by September 2, 2005. Reply briefs from any defendant will be filed by September 12, 2005.

As motions remain pending in this case, time should remain excluded through September 19, 2005, from computation under the Speedy Trial Act pursuant to local code E (18 U.S.C. § 3161(h)(1)(F)).

DATED: August 17, 2005               Very truly yours,

                                     McGREGOR W. SCOTT
                                     United States Attorney

                                     /s/ Kenneth J. Melikian

                                     By
                                        KENNETH J. MELIKIAN
                                     Assistant U.S. Attorney


DATED: August 17, 2005               /s/ Kenneth J. Melikian_
                                     PETER KMETO
                                     Attorney for Defendant Shango Jaja Greer
                                     (Signed by Kenneth J. Melikian per authorization by Peter Kmeto)

2

```
 1  DATED: August 17, 2005            /s/ Kenneth J. Melikian
                                      JOHN T. PHILIPSBORN
 2                                    Attorney for Defendant Oscar
                                      Gonzales
 3                                    (Signed by Kenneth J. Melikian per
                                      authorization by John T.
 4                                    Philipsborn)

 5

 6  DATED: August 17, 2005            /s/ Kenneth J. Melikian
                                      JAN DAVID KAROWSKY
 7                                    Attorney for Defendant Jason Keith
                                      Walker
 8                                    (Signed by Kenneth J. Melikian per
                                      authorization by Jan David
 9                                    Karowsky)

10

11  DATED: August 17, 2005            /s/ Kenneth J. Melikian
                                      JESSE M. RIVERA
12                                    Attorney for Defendant Charles Lee
                                      White
13                                    (Signed by Kenneth J. Melikian per
                                      authorization by Jesse M. Rivera)
14

15

16

17        IT IS SO ORDERED.

18

19  DATED: August 17, 2005

20                                    /s/ Frank C. Damrell Jr.
                                      HONORABLE FRANK C. DAMRELL JR.
21                                    U.S. District Court Judge

22

23

24

25

26

27

28

                                      3
```