IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>SHANGO JAJA GREER, aka G.O., et al.,<br><br>　　　Defendants. | **Case No. CRS-03-042 FCD**<br><br>**ORDER ACCEPTING STIPULATION TO RESET OSCAR GONZALES' SENTENCING DATE TO JANUARY 17, 2006**<br><br>**Dept:  The Hon. Frank C. Damrell, Jr., District Judge** |

GOOD CAUSE APPEARING, the Court having reviewed a stipulation proffered by counsel for the parties in the above-entitled matter as it pertains to Oscar Gonzales, a defendant in this case, and based on the explanation of the grounds for such stipulation, IT IS ORDERED that the current sentencing date of December 5, 2005 is vacated and that a new sentencing hearing date of January 17, 2006 at 9:30 a.m. is set in the above-entitled matter.

Dated: November 30, 2005　　　　　　　　/s/ Frank C. Damrell Jr.
　　　　　　　　　　　　　　　　　　　　THE HON. FRANK. C. DAMRELL, JR.
　　　　　　　　　　　　　　　　　　　　District Judge, Eastern District of California