FILED
April 17, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>v.<br><br>OSCAR GONZALES,<br><br>　　　　　Defendant. | Case No. CR. S-03-042 FCD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  OSCAR GONZALES , Case No.  CR. S-03-042 FCD , Charge  Title 18 USC § 3606 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　X　　Release on Personal Recognizance

　　__　Bail Posted in the Sum of $__

　　　　　__　Unsecured Appearance Bond

　　　　　__　Appearance Bond with 10% Deposit

　　　　　__　Appearance Bond with Surety

　　　　　__　Corporate Surety Bail Bond

　　X　　(Other)  Probation Supervision of all terms of probation still in effect.

Issued at  Sacramento, CA  on  April 17, 2008  at  2:56  pm .

By  _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge